# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-34-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| LINDSEY WHITEWOLF, | |
| Defendant. | |

Defendant entered her plea of guilty before U.S. Magistrate Judge Timothy J. Cavan in open court on November 26, 2024. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on November 26, 2024 (Doc. 84). No objections having been filed within fourteen days thereof,

IT IS HEREBY ORDERED that Judge Cavan's Findings and Recommendations (Doc. 84) are ADOPTED IN FULL, and Defendant's plea of guilty to the charge in Count 2 of the Indictment is accepted.

//

//

//

1

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 11th day of December, 2024.

                                                              SUSAN P. WATTERS  
                                                              United States District Judge