IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LINDSEY WHITEWOLF,<br><br>Defendant. | CR 24-34-BLG-SPW-02<br><br>**ORDER CONTINUING GLACIER COURT INDUCTION** |

Upon the Defendant Whitewolf's Unopposed Motion to Continue her induction into the GLACIER Treatment Court (Doc. 86), and for good cause being shown:

IT IS ORDERED that the induction hearing currently scheduled for December 19, 2024 is VACATED and rescheduled for January, 9, 2024.

DATED this 18th day of December, 2024.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE